## STATE OF CONNECTICUT *v.* ROBERT SPILLANE
### (15843)

Foti, Lavery and Daly, Js.

Argued January 23—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

## HENRY D. MARCUS *v.* ELIZA GONZALEZ ET AL.
### (15628)

Foti, Lavery and Spear, Js.

Argued January 23—officially released February 11, 1997

Per Curiam. The judgment is affirmed.

## ROBERTO VERGARA *v.* COMMISSIONER OF CORRECTION
### (16074)

O'Connell, Spear and Cretella, Js.

Argued January 23—officially released February 11, 1997

Per Curiam. The judgment is affirmed.